NATHANIEL ROBINSON, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued May 2, 1872; decided May 21, 1872.)

*A. J. Vanderpoel* for the appellant.

*George Miller* for the respondent.

For affirmance, CHURCH, Ch. J., GROVER, PECKHAM and RAPALLO, JJ.; FOLGER and ALLEN, JJ., dissent.   No opinion.

Judgment affirmed, with costs.

---

MARY BRICKNER, Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued December 20, 1871; decided May 28, 1872.)

THIS action is similar to and was decided upon the authority of *Laning* v. *N. Y. C. R. R.* (*ante*, p. 521.)   The case reported below, 2 Lansing, 506.

*Samuel Hand* for the appellant.

*Isaac Lawson* for the respondent.

FOLGER, J., reads for affirmance.   All concur, except ALLEN, J., dissenting, and RAPALLO, J., not voting.

Judgment affirmed, with costs.